IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAKIMAH JABBAR, LITIGATION, | : : Case No. 2:21-MC-33 : : CHIEF JUDGE ALGENON L. MARBLEY |

ENTRY BARRING HAKIMAH JABBAR FROM UNITED STATES
DISTRICT COURT BUILDING LOCATED AT 85 MARCONI BOULEVARD,
COLUMBUS, OHIO; DIRECTIVE TO UNITED STATES MARSHALS SERVICE,
FEDERAL PROTECTIVE OFFICERS AND COURT SECURITY OFFICERS;
ALTERNATIVE MEANS OF ACCESS TO FEDERAL COURT SUGGESTED

Hakimah Jabbar has filed numerous cases with this Court against Federal and state public officials, including several judges of this Court and the Sixth Circuit Court of Appeals, too numerous to mention, almost all of which have been accompanied by an *in forma pauperis* affidavit. She has engaged in bizarre and inappropriate behavior, including mailing Judge Morrison her original birth certificate, trying to get an arrest warrant for Judge Graham, and sending mailings to AUSAs Litton and Devillers' homes. She has demonstrated irrational behavior and anger at AUSAs and Judges in our district going back about 5 years. Judge Jolson's chambers has received numerous angry phone calls from Ms. Jabbar.

Many of her cases have been dismissed, for a multiplicity of reasons, not the least of which are *res judicata* and lack of subject matter jurisdiction. She has recently filed a lawsuit against Judge James L. Graham and Magistrate Judge Chelsey Vascura. That lawsuit has been referred to the Northern District of Ohio. Hakimah Jabbar, therefore, has no cases pending in the Columbus Seat of Court and no reason to conduct business in the Columbus Seat of Court.

Due to Hakimah Jabbar's irrational and contumacious behavior directed towards the judicial officers of this seat of the Southern District of Ohio, her frequent anger laced phone calls to Magistrate Judge Jolson, and throwing money at and directing threatening language towards deputy clerk, Donald Fitzgerald, the United States Marshal's Service has grave concerns about said judicial officers and Court official's safety. In short, in the opinion of those who have interacted with her, her conduct has become more and more disruptive over the past several weeks.

**WHEREFORE, IT IS THE ORDER** of this Court that Hakimah Jabbar is **BARRED** from entering the United States District Courthouse in Columbus, without the prior written permission of the Chief Judge of the United States District Court for the Southern District of Ohio. Should she attempt to enter those premises without said written permission, she is to be immediately detained and arrested by those with the authority to detain and arrest, and prosecuted for criminal trespass. Should Hakimah Jabbar wish to file any papers with this Court, on matters upon which she has paid the full filing fee, since she is barred from entering the building in which the Clerk of Court's Office is located, she has two choices, to wit: (1) to utilize the electronic filing medium; (2) or to access the Courts through the United States Postal Service.

This Entry shall remain in full force and effect until specifically countermanded by the Chief Judge of the United States District Court for the Southern District of Ohio.

It is the further order of this Court that the United States Marshals Service personally serve this ORDER on Hakimah Jabbar as quickly as may be practicable.

September 16, 2021

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

Copies to:

Hakimah Jabbar
U. S. Marshals Service
Federal Protective Service
Court Security Office
Clerk's Office
Chief Judge Algenon L. Marbley
Judge Edmund A. Sargus, Jr.
Judge Michael H. Watson
Judge Sarah D. Morrison
Judge James L. Graham
Judge Elizabeth A. Preston Deavers
Judge Kimberly A. Jolson
Judge Chelsey M. Vascura
Judge Norah McCann King